AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:24-mj-00013 |
| Charles Tyler Himber | ) Assigned To : Upadhyaya, Moxila A. |
|  | ) Assign. Date : 1/16/2024 |
|  | ) Description: COMPLAINT W/ARREST WARRANT |
| Defendant | ) |

## ARREST WARRANT

To:      Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     **Charles Tyler Himber**,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☒ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 231(a)(3) (Civil Disorder);
18 U.S.C. § 1752(a)(1) (Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority);
18 U.S.C. § 1752(a)(2) (Disorderly or Disruptive Conduct in a Restricted Building or Grounds);
40 U.S.C. § 5104(e)(2)(D) (Disorderly or Disruptive Conduct in a Capitol Building);
40 U.S.C. § 5104(e)(2)(G) (Parading, Demonstrating, or Picketing in a Capitol Building).

Date: 01/16/2024                                                               *M.A.Upad*
                                                                              Issuing officer's signature

City and state:     Washington, D.C.              Moxila A. Upadhyaya, U.S. Magistrate Judge
                                                                      Printed name and title

---

### Return

This warrant was received on (date) 01/16/24 , and the person was arrested on (date) 2/16/24
at (city and state)   Golden Meadow, LA .

Date:   2/16/24

                                                                              Arresting officer's signature

                                                       Christian Simon Special Agent
                                                                      Printed name and title