UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CASE NO.: |
| VERSUS | * | 1:24-cr-0129-LLA-1 |
| CHARLES HIMBER | * | |

### MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE

**NOW COMES** the defendant Charles Himber, through undersigned counsel, who respectfully requests that this Honorable Court grant his motion for a modification of his conditions of pretrial release, pursuant to 18 U.S.C. § 3142(c)(3). The reasons for this motion are set forth below:

1.

It is axiomatic that the Bail Reform Act requires a court to set "the least restrictive" conditions of release that the court determines will reasonably assure a defendant's appearance as required and the safety of the community. 18 U.S.C. § 3142(c). Section 3142(c)(3) provides that the Court "may at any time amend the order to impose additional or different conditions of release."

2.

On March 19, 2024, Magistrate Judge G. Michael Harvey released defendant Charles Himber on certain pretrial conditions. R. Doc. 14. These conditions included, *inter alia*., that Mr. Himber surrender his passport to Pretrial Services. *Id*. Mr. Himber now seeks to modify his conditions of release to eliminate the requirement that he surrender his passport to Pretrial Services, for reasons discussed further below.

3.

Mr. Himber is employed as a qualified member of the engine department ("Q-Med") by Hornbeck Offshore Services in Louisiana. As a part of his employment, he works on ships in the Gulf of Mexico. His work schedule provides for three-weeks of work offshore, followed by three weeks of work in New Orleans. However, to enter/exit the ports when working offshore, he is required to have a valid passport on his person. Therefore, without his passport, Mr. Himber is unable to perform the duties required by his current employment. As such, and to avoid petitioning the Court every three weeks for a return of his passport, Mr. Himber respectfully requests that the requirement that he surrender his passport to Pretrial Services be removed from his conditions of pretrial release. However, Mr. Himber agrees to continue to abide by the condition that he seek approval from Pretrial Services prior to departing for any offshore work.

4.

United States Pre-Trial Services Officers Britney Dahlkoetter (D.C.) and Silvette Ennis (EDLA) have no objection to this request, as Mr. Himber has remained compliant with his conditions of pretrial release since his initial appearance in the Eastern District of Louisiana on February 16, 2024.

**WHEREFORE**, for the foregoing reasons, Charles Himber respectfully requests that his pretrial release conditions be modified to eliminate the requirement that he surrender his passport to U.S. Pretrial Services because he has shown that such modification is warranted by his conduct and is in the interest of justice.

Respectfully submitted this 21st day of May, 2024.

CLAUDE J. KELLY
Federal Public Defender

/s/Warner B. Thompson
WARNER B. THOMPSON
Asst. Federal Public Defender
Hale Boggs Federal Building,
500 Poydras Street, Room 318
New Orleans, Louisiana 70130
Telephone:   (504) 589-7932
E-mail: Warner_Thompson@fd.org

## CERTIFICATE OF SERVICE

      I hereby certify that on May 21, 2024, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following: DOJ Special Counsel, Brendan Ballou-Kelley, 950 Constitution Ave. NW, Washington, DC 20350. I further certify that I emailed the foregoing document and the notice of electronic filing by email to the following non-CM/ECF participants: N/A.

      /s/ Warner B. Thompson
      WARNER B. THOMPSON
      Asst. Federal Public Defender