UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CASE NO.: |
| VERSUS | * | 1:24-cr-0129-LLA-1 |
| CHARLES HIMBER | * | |

## **O R D E R**

The foregoing considered,

**IT IS HEREBY ORDERED** that defendant Charles Himber's *Motion to Modify Conditions of Pretrial Release* is hereby GRANTED.

Mr. Himber's pretrial release conditions are hereby modified to eliminate the requirement that he surrender his passport to United States Pretrial Services.

Washington, D.C., this _____ day of _____, 2024.

_____
UNITED STATES DISTRICT JUDGE