UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CASE NO.: |
| VERSUS | * | 1:24-cr-0129-LLA-1 |
| CHARLES HIMBER | * | |

**O R D E R**

The foregoing considered,

**IT IS HEREBY ORDERED** that defendant Charles Himber's *Motion to Modify Conditions of Pretrial Release* is hereby GRANTED.

Mr. Himber's pretrial release conditions are hereby modified to eliminate the requirement that he surrender his passport to United States Pretrial Services.

Washington, D.C., this  22nd  day of  May            , 2024.

_____
UNITED STATES DISTRICT JUDGE