I am Charles Himber's mother, I have watched him grow from a baby to a man and what an incredible man he has turned out to be. He was a volunteer Fire Fighter when he was younger and with that job, he learned that helping people was a mission for him to help people no matter what their circumstances are.

He is selfless when it comes to people in need. He has helped endless amount of people of hurricanes from Monroe and Lake Charles and towns in between. He went to help them with his own money to bring them food, gas, and even helped to gut out and rebuild their homes.

He has been a rock for his father and myself as we both battle cancer, I was in remission for 5 years then to find out it had returned, but he would not let me give up. He went to Washington to try and make a difference not to break the law. I know his actions have consequences and he is ready to make things right. He has suffered from that day and nothing he does can change what happened. I see he is so truly sorry for the things that happened and I know he regrets any role he played on January 6, 2021. I also know there is going to be punishment for his actions but I feel that taking him away from us and his new baby would be the wrong punishment. I'm his mother and I feel his pain and there's nothing a mother wouldn't do to make their children feel better.

He is an engineer off shore and he would lose his job and that will not help anyone if he can't support his family. I don't ask that this be ignored I just think there is other forms of punishment than jail time. I ask and pray Judge that you take into consideration my words when handing down your sentencing.

Thank you,

Mrs. Brenda Hessler

10/31/2024

Good Afternoon,

I have known Charles Himber now for close to three years now and have come to think of him as not just a close friend but also a brother. Charles and I work together closely at our current job as I am his direct supervisor. He is incredibly hard working, detail oriented, and kind to his crew members. These qualities make Charles a valuable company asset and the ultimate team players.

While only knowing him after the incident that occurred, I know that it is not a true representation of who is really is. I have also come to know Charles on a personal level outside of our professional relationship. Charles is an upstanding person with a good heart. He loves his friends and family very much and do anything he can to make sure they are taken care of. Charles as spent plenty of time around my family and they all love him just as much as I do. My own wife, mom, dad, grandmother, brother, and cousins all consider him family and he treats them as family as well. He does all he can to provide for them, especially when I am not around. As an African American man, seeing so much division in our country currently, it's so refreshing to have such a close relationship with Charles and his family. In the last three years, have seen so much growth in as both a professional and a human being.

I also believe that our country is the home of second chances and am humbly asking that Charles gets one. I know that he is truly sorry and regrets his actions. He has learned valuable lessons from his mistakes and while he can't undo the past, he continues to move forward a positive member and leader of the community.

*Best Regards,*

*Brandon Davis*

*Chief Engineer*

*Hornbeck Offshore*

Dear Judge Alikhan,

My name is Angela McClendon, I'm writing in support of Charles Tyler Himber who has been charged before your court and is set to be sentenced December 11, 2024. I understand the seriousness of this matter but I hope some leniency will be shown.

I had the pleasure of meeting Charles six years ago thru family. In those six years I seen Charles grow into the man he is today. I can honestly say I have never met a more humbling human. I have seen countless selfless acts, which included heading to West Monroe after Hurricane Laura to feed thousands of misplaced families, help rebuild homes, and assist anyone who needed anything out of his own pocket. Last year Charles helped put on a fundraiser in the community to help send a high school track star to the Junior Olympics. While his parents are both battling cancer, (with his mother in remission) Charles works to not only provide for himself but to make sure his parents are comfortable and have everything they need so they don't have to work more than they need to and enjoy a little more life together. This is only a fraction of what Charles does to help his community and family.

I'm proud to call him my significant other and the father of our son. If you ask anyone about Charles Himber the first thing they will say is, "Charles will give you the shirt off his back. His last nickel & drop anything to help a friend, stranger, or family member".

I understand the severity of Charles actions that took place on January 6, 2021. I understand the charges brought against him. I also understand when you break the law there are consequences. I can attest that Charles has suffered from his actions. Since Charles was arrested, I don't see the same person. I see sadness in his eyes. I see the hurt. I see a man that is truly sorry for the role he played on January 6, 2021. A man that has been drug thru the mud on social media by people who have never had the pleasure of shaking Charles hand.

I'm not writing just in Charles behalf. I'm writing this letter on behalf of our little family. I can't imagine a first-time father missing a milestone in their son's life. Sentencing him for any length of time if any would only add another absentee father to society. A man cannot parent behind bars to an infant. A man cannot provide for his family behind bars. I have faith theirs other ways Charles can be punished without taking him away from our family. I'm not asking you to dismiss what he has done. I'm simply asking to not take him away from his first born for any length of time.

It is my sincere hope that your court take my letter into consideration when handing down Charles sentence. Charles is an honorable man. A valuable member to his work and community, but more importantly his family.

Regards,

Angela McClendon

To whom it may concern,

My name is Stewart Mayeaux and have been in the marine sector of the oil and gas industry for about 23 years. I am the night bridge lead aboard the motor vessel that Charles Himber presently is employed. I have been assigned to that vessel since March and have had a chance to get to know Charles and the situation that he is going through. I would like this letter to represent a positive character reference on his behalf.

Since working with Charles, it is apparent he is always ready to help out with any project going on. You can tell that he really cares about the success of a task, whatever that may be. In short, he is an all around good shipmate and vital to the smooth operation. I can depend on him in all requests made and trust that his presence working alongside others will benefit the job.

Capt. Stewart Mayeaux
HOS Clearview